CASTRO, RECURRENTE, *v.* EL REGISTRADOR DE HUMACAO, RECURRIDO.

Recurso gubernativo contra nota del Registrador de la Propiedad de Humacao denegando la inscripción de una información posesoria.

No. 251.—Resuelto en noviembre 10, 1915.

EXPEDIENTE POSESORIO—EXENCIÓN DEL PAGO DE CONTRIBUCIONES—VALOR DE LA FINCA—CERTIFICACIÓN DEL TESORERO DE PUERTO RICO.—La mera afirmación en una solicitud para acreditar la posesión de que la finca está exenta del pago de contribuciones, o que no ha sido tasada por tener un valor menor de $100, no es suficiente para justificar su verdadero valor o que no ha sido tasada, pues debe obtenerse la correspondiente certificación del Tesorero de Puerto Rico.

Los hechos están expresados en la opinión.

Abogado de la recurrente: *Sr. Arturo Aponte, Jr.*

El registrador recurrido Sr. Raúl Benedicto compareció en nombre propio.

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tribunal.

Eugenia Castro obtuvo una certificación sobre información posesoria en la Corte Municipal de Humacao. En la solicitud inicial que fué presentada a la corte municipal se expresa que ella había comprado la finca a Manuel Santiago y que dicha finca tenía un valor de cincuenta dólares, por lo que no acompañaba a la solicitud la certificación del pago

de contribuciones. El Fiscal de la corte de distrito certificó respecto a la corrección de los procedimientos habiendo sido expedida la certificación de la corte municipal. Al ser presentada dicha certificación al Registrador de Humacao se negó éste a verificar su inscripción por no acompañarse al expediente posesorio la certificación creditiva del pago de contribuciones, o en su defecto que la recurrente no había pagado dichas contribuciones por no alcanzar dicha finca a un valor por el cual pudiera ser tasada.

La recurrente en gran parte de sus razonamientos da por sentado el hecho de haberse probado que la finca tenía un valor menor que la suma más pequeña por la cual pueden cobrarse contribuciones. En la solicitud se expresa que la finca tiene un valor de cincuenta dólares y si ésta no valiera más es claro que no podría ser tasada. Pero el expresar esto simplemente en la solicitud no era suficiente para acreditar el verdadero valor de la finca, o que no había sido valorada y tasada por el tesoro. La promovente pudo haber obtenido una certificación del tesoro con el objeto de acreditar que la finca no había sido tasada. Tal vez el tesorero al solicitárselo también certificaría que la finca no había sido tasada por tener un valor menor de cien dólares. Sea como fuere, la recurrente estaba en el deber de probar que la finca no tenía un valor por el cual pudiera ser tasada. El registrador puede o no tener razón al decir que la necesidad de la certificación del tesorero es para acreditar el nombre de la persona a favor de quien aparece la finca, pero el precepto terminante de la ley justifica la actitud del registrador y debe confirmarse su nota.

*Confirmada la nota recurrida.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados del Toro, Aldrey y Hutchison.